## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Wilmer E. Letellier**            **BK NO. 21-00815 HWV**
      **Janet L. Letellier a/k/a Janet L. Buchanan**
**a/k/a Janet L. Pautrat**            **Chapter 13**
                 **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF16, Asset-Backed Certificates, Series 2006-FF16 and index same on the master mailing list.

                                   Respectfully submitted,

                                     /s/ *Michael Farrington*
                                     Michael Farrington
                                     15 Nov 2022, 12:59:19, EST

                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA  19106
                                     215-627-1322