IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| WILMER E. LETELLIER and | : | CASE NO. 1-21-00815-HWV |
| JANET L. LETELLIER | : | |
| | : | |
| Debtors | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of Tracy L. Updike, Esquire on behalf of Mette, Evans and Woodside, as attorney of record for the Debtors in the above-captioned matter.

Date: September 12, 2023    By: /s/ Tracy L. Updike
                                                     Tracy L. Updike, Esquire
                                                     Mette, Evans & Woodside
                                                     3401 N. Front Street
                                                     Harrisburg, PA 17110
                                                     Telephone: (717) 232-5000

    Kindly enter the appearance of James K. Jones, Esquire on behalf of Cunningham, Chernicoff and Warshawsky, as attorney of record for the Debtors in the above-captioned matter.

Date: September 12, 2023    By: /s/ James K. Jones
                                                      James K. Jones, Esquire
                                                     Cunningham, Chernicoff & Warshawsky
                                                     2320 North Second Street
                                                     PO Box 60457
                                                     Harrisburg, PA 17106-0457
                                                     Telephone: (717) 238-6570