## Mette, Evans & Woodside
Attorneys at Law
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Phone No.: (717) 232-5000
Fax: (717) 236-1816
Federal Tax ID: 23-1985005

Statement Date: August 24, 2021
Statement as of: August 12, 2021
Statement No: 258012

Wilmer E. & Janet L. Letellier
5199 Laurel Lane
Harrisburg, PA 17109

Client No. 19802-0001: Chapter 13 Bankruptcy

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/12/2021 | TLU | 1.20 | Initial meeting with client; pull credit reports, review situation - follow up meeting tomorrow |
| 04/12/2021 | TLU | 1.70 | Begin preparing petition and schedules |
| 04/13/2021 | TLU | 1.50 | Review and revise petition and schedules; Recorder of Deeds search and advise client of joint deed |
| 04/13/2021 | TLU | 1.50 | Conference with client to review and sign documents for filing |
| 04/14/2021 | TLU | 0.20 | Correspondence to client re 341 meeting |
| 04/15/2021 | TLU | 0.20 | Review sheriff sale status; correspondence to client re same |
| 04/19/2021 | TLU | 0.30 | Correspondence from/to client re materials to complete case filing |
| 04/19/2021 | TLU | 2.20 | Preparation of Means Test and Income Schedules; correspondence to client re budget |
| 04/21/2021 | TLU | 0.20 | Correspondence from/to client re trustee payment |
| 04/21/2021 | TLU | 0.30 | Receipt and review mortgage claim against proposed plan |
| 04/22/2021 | TLU | 0.10 | Telephone conference with client re mortgage payment |
| 04/23/2021 | TLU | 0.30 | Telephone conference with client re business income |
| 04/23/2021 | TLU | 0.40 | Preparation of amended budget |
| 04/26/2021 | TLU | 1.50 | Finalize schedules; draft plan |
| 04/26/2021 | DDW | 0.10 | File Employee Pay Advices for Debtor. |
| 04/26/2021 | DDW | 0.10 | Email 2020 Federal Tax Return to Trustee. |
| 04/27/2021 | TLU | 1.50 | Finalize schedules and plan for filing; conference with clients to review/sign same; final revisions |
| 05/17/2021 | TLU | 0.10 | Preparation of pre-confirmation certification |
| 05/21/2021 | DDW | 0.20 | File Certificates of Financial Management for Debtor and Joint Debtor. |
| 05/26/2021 | TLU | 0.50 | Review of file for Creditors Meeting |
| 05/27/2021 | TLU | 0.80 | Conference with client; attendance at 341 meeting |
| 05/27/2021 | TLU | 0.20 | Correspondence to client re confirmation hearing |

| Date | Staff | Hours | Description |
|---|---|---|---|
| 06/01/2021 | TLU | 0.10 | Receipt and review of objection to claim |
| 06/03/2021 | TLU | 0.20 | Correspondence to/from client re status of CMA |
| 06/14/2021 | TLU | 0.30 | Receipt and review of CMA; forward to trustee's office for review |
| 06/15/2021 | TLU | 0.10 | Receipt and review of withdrawal of trustee's objection |
| 06/24/2021 | TLU | 0.20 | Correspondence to client re continued confirmation hearing |
| 07/08/2021 | TLU | 0.30 | Preparation for confirmation |
| 07/09/2021 | TLU | 0.20 | Receipt and review of Penn State claims (x2); forward same to client to review |
| 08/04/2021 | TLU | 0.50 | Review for confirmation; check status of claims in plan, review filed claims versus plan, review payments, review status of certifications |
| 08/04/2021 | RKV | 0.30 | Draft Request for Payment document. |
| 08/04/2021 | RKV | 0.10 | File Preconfirmation Certification documents. |
| 08/04/2021 | TLU |  | Write-down of $600.00 |
| **TOTAL HOURS** |  | **17.40** |  |

Sub-total Fees: $4,500.00

## Rate Summary

| Name | Hours/Rate | Amount |
|---|---|---|
| Tracy L. Updike | 16.60 hours at $265.66/hr | 4,410.00 |
| Reagan K. VanSteenacker | 0.40 hours at $112.50/hr | 45.00 |
| Dara D. Whistler | 0.40 hours at $112.50/hr | 45.00 |
| Total hours: | 17.40 | |

**Expenses** — Amount

| Date | Description | Amount |
|---|---|---|
| 04/14/2021 | Miscellaneous PA Middle Bankruptcy Court | 313.00 |

Sub-total Expenses: $313.00

**Trust Account** — $0.00

| Date | Description | Amount |
|---|---|---|
| 04/14/2021 | CASH Deposit | 1,000.00 |
| 08/17/2021 | Fees & Costs/19802-0001 | (1,000.00) |

Ending Balance: $0.00

Total Current Billing: $4,813.00
Total Payments: ($1,000.00)
**Total Now Due: $3,813.00**

**NOTE:**
**Statements not paid** within 30 days of their date bear interest thereafter at the rate of 1% per month or fraction thereof until paid.
**Please include** Client No. on check.
**Credit card payments** can be made online at www.mette.com.