UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: WILMER E. LETELLIER
LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
JANET L. PAUTRAT, JANET L.    CHAPTER 13
BUCHANAN
        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE         CASE NO: 1-21-00815-HWV
        Movant
vs.
WILMER E. LETELLIER
LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
JANET L. PAUTRAT, JANET L.
BUCHANAN
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 17, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    January 17, 2025         Respectfully submitted,

        /s/   Douglas R. Roeder, Esquire
        ID: 80016
        Attorney for Trustee
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   WILMER E. LETELLIER
         LETPAUT HOME
         IMPROVEMENT, LLC
         JANET L. LETELLIER
         JANET L. PAUTRAT, JANET L.          CHAPTER 13
         BUCHANAN
                    Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE                  CASE NO: 1-21-00815-HWV
                    Movant
         vs.
         WILMER E. LETELLIER
         LETPAUT HOME
         IMPROVEMENT, LLC
         JANET L. LETELLIER
         JANET L. PAUTRAT, JANET L.
         BUCHANAN
                    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

   Sylvia H. Rambo United States Courthouse      Date:  February 19, 2025
   Bankruptcy Courtroom 4B, 4th Floor            Time:  9:35 AM
   1501 North 6th Street
   Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 984.00**
   **AMOUNT DUE FOR THIS MONTH: $984.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1968.00**

   **NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
     CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

**If submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:     January 17, 2025         /s/   Douglas R. Roeder, Esquire
                                    ID:  80016
                                    Attorney for Movant
                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    Suite A, 8125 Adams Drive
                                    Hummelstown, PA 17036
                                    Phone:  (717) 566-6097
                                    email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | WILMER E. LETELLIER<br>LETPAUT HOME<br>IMPROVEMENT, LLC<br>JANET L. LETELLIER<br>JANET L. PAUTRAT, JANET L.<br>BUCHANAN<br>Debtor(s) | CHAPTER 13 |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-21-00815-HWV |
| | vs.<br>WILMER E. LETELLIER<br>LETPAUT HOME<br>IMPROVEMENT, LLC<br>JANET L. LETELLIER<br>JANET L. PAUTRAT, JANET L.<br>BUCHANAN<br>Respondent(s) | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 17, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

JAMES K JONES
METTE, EVANS & WOODSIDE
3401 NORTH FRONT STREET
HARRISBURG PA  17110-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

WILMER E. LETELLIER
JANET L. LETELLIER
5199 LAUREL LANE
HARRISBURG  PA   17109

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 17, 2025

/s/  Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILMER E. LETELLIER
DBA: LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
AKA: JANET L. PAUTRAT, JANET L.
BUCHANAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-21-00815-HWV

vs.

WILMER E. LETELLIER
DBA: LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
AKA: JANET L. PAUTRAT, JANET L.
BUCHANAN

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.