UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: WILMER E. LETELLIER
LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
JANET L. PAUTRAT, JANET L.     CHAPTER 13
BUCHANAN
    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 1-21-00815-HWV
    Movant

vs.
WILMER E. LETELLIER
LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
JANET L. PAUTRAT, JANET L.
BUCHANAN
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 10, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captionedcase in accordance with 11 U.S.C. Section 1307(c).

Dated:     June 10, 2025     Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: WILMER E. LETELLIER
LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
JANET L. PAUTRAT, JANET L.
BUCHANAN

CHAPTER 13

      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-21-00815-HWV

      Movant

vs.
WILMER E. LETELLIER
LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
JANET L. PAUTRAT, JANET L.
BUCHANAN

      Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: July 9, 2025
Time: 09:35 AM
      Sylvia H. Rambo United States Courthouse
      Bankruptcy Courtroom 4B, 4th Floor
      1501 North 6th Street
      Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2951.00**
   **AMOUNT DUE FOR THIS MONTH: $984.00**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $3935.00**

**NOTE:**
ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   June 10, 2025

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: WILMER E. LETELLIER
LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
JANET L. PAUTRAT, JANET L.     CHAPTER 13
BUCHANAN
    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 1-21-00815-HWV
    Movant
vs.
WILMER E. LETELLIER
LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
JANET L. PAUTRAT, JANET L.
BUCHANAN
    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 10, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

| | |
|---|---|
| KARA K GENDRON | UNITED STATES TRUSTEE |
| MOTT & GENDRON LAW | 1501 NORTH 6TH STREET |
| 125 STATE STREET | PO BOX 302 |
| HARRISBURG PA 17101- | HARRISBURG PA 17102 |

SERVED BY FIRST CLASS MAIL

WILMER E. LETELLIER
JANET L. LETELLIER
5199 LAUREL LANE
HARRISBURG PA 17109

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 10, 2025     /s/ Tammy Life
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILMER E. LETELLIER
DBA: LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
AKA: JANET L. PAUTRAT, JANET L.
BUCHANAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-21-00815-HWV

vs.

WILMER E. LETELLIER
DBA: LETPAUT HOME
IMPROVEMENT, LLC
JANET L. LETELLIER
AKA: JANET L. PAUTRAT, JANET L.
BUCHANAN

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.